ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OFIR HANAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-2414-HSG <br><br> **STIPULATION TO PROPOSED SCHEDULE FOR SERVICE OF THE CERTIFIED ADMINISTRATIVE RECORD AND THE PARTIES' SUMMARY JUDGMENT BRIEFING; ORDER (as modified)** <br><br> The Honorable Haywood S. Gilliam, Jr. |

      Pursuant to Civil Local Rule 7-12, Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for Defendants' service of the certified administrative record and the parties' summary judgment briefing. The parties conferred and agree that the Court should grant the parties' request for the following schedule:

      1.    Defendants will serve Plaintiffs with the certified administrative record by August 21, 2023.

      2.    Plaintiffs will their motion for summary judgment by September 20, 2023.

      3.    Defendants will file their cross motion for summary judgment and opposition to Plaintiffs' motion by October 20, 2023.

4. Plaintiffs will file their reply and opposition to Defendants' cross motion by November 10, 2023.

5. Defendants will file their reply in support of their cross motion for summary judgment by December 1, 2023.

6. The parties will notice the hearing on their cross motions for summary judgment for December 21, 2023, at 2:00 p.m.

The parties respectfully request that the Court grant their stipulation.

DATED: August 1, 2023                             Respectfully submitted,[1]

                                                              ISMAIL J. RAMSEY
                                                              United States Attorney

                                                              *s/ Elizabeth D. Kurlan*
                                                              ELIZABETH D. KURLAN
                                                              Assistant United States Attorney

                                                              *Attorneys for Defendants*

DATED: August 1, 2023

                                                              *s/ Stacy Tolchin*
                                                              STACY TOLCHIN
                                                              Law Offices of Stacy Tolchin

                                                             *Attorney for Plaintiffs*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED except the hearing on the cross motions for summary judgment will be held on December 14, 2023, at 2:00 p.m.

DATED: 8/2/2023

                                                         HON. HAYWOOD S. GILLIAM, JR.
                                                              United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.