UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFIR HANAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-02414-HSG<br><br>**ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 22, 24 |

Pending before the Court are the parties' cross-motions for summary judgment. Dkt. Nos. 22, 24. In the months since the parties filed their motions, the Supreme Court decided two landmark cases that may be relevant to the resolution of the cross-motions: *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024) and *Department of State v. Muñoz*, 144 S. Ct. 1812 (2024). Given the changed legal landscape, the Court **DIRECTS** the parties to file simultaneous supplemental briefs of no more than 10 pages addressing the impact of *Loper Bright* and *Muñoz* on the issues raised in the cross-motions for summary judgment. The supplemental briefs shall be filed simultaneously by August 16, 2024. No replies are permitted unless the Court so orders, and the cross-motions will be deemed submitted once the supplemental briefs are received unless the Court orders otherwise.

　　　　**IT IS SO ORDERED.**

Dated: August 1, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge